Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Eric Lee Mccaskell

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| ERIC LEE MCCASKELL, <br><br> Plaintiff, <br><br> vs. <br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:12-cv-574 DLB <br><br> STIPULATION FOR DISMISSAL |

TO THE HONORABLE DENNIS L. BECK, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Eric Lee Mccaskell ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

///

///

///

///

-1-

("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses. The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: October 3, 2012                Respectfully submitted,

                                     ROHLFING & KALAGIAN, LLP

                                        /s/ *Marc V. Kalagian*
                                     BY:_____
                                     Marc V. Kalagian
                                     Attorney for plaintiff Eric Lee Mccaskell

DATE: October 3, 2012
                                     BENJAMIN B. WAGNER
                                     United States Attorney

                                        /s/ *Cynthia De Nardi*
                                     _____
                                     Cynthia De Nardi
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant Michael J. Astrue,
                                     Commissioner of Social Security
                                     (Per e-mail authorization)

IT IS SO ORDERED.

   Dated:  **October 9, 2012**                    /s/ *Dennis L. Beck*
                                     UNITED STATES MAGISTRATE JUDGE